# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Beth Richardson LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Blue Cross & Blue Shield of Rhode Island, *et al.*, <br><br> Defendants. | Case No. 2:13-cv-01079 (RDP) |

## NOTICE OF APPEARANCE

Please take notice that Evan R. Chesler, Christine A. Varney, Karin A. DeMasi, Lauren R. Kennedy, David Kumagai and Jeffrey Then of Cravath, Swaine & Moore LLP hereby appear as counsel of record for Defendant Blue Cross and Blue Shield of Alabama.

Dated: December 7, 2018

                        CRAVATH, SWAINE & MOORE LLP,

                        by     s/ Evan R. Chesler
                               Evan R. Chesler

                            Worldwide Plaza
                            825 Eighth Avenue
                            New York, NY 10019
                              (212) 474-1000

                            *Attorney for Defendant Blue Cross and Blue Shield of Alabama*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have, on this 7th day of December, 2018, filed the foregoing using the Court's electronic filing system, which will automatically serve all counsel of record.

                            CRAVATH, SWAINE & MOORE LLP,

                  by      s/ Evan R. Chesler
                                Evan R. Chesler

                                Worldwide Plaza
                             825 Eighth Avenue
                             New York, NY 10019
                               (212) 474-1000